IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TRAE ANTHONY LORIA,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | 4:25CV3186<br><br>ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME |

This case is before the Court on Plaintiff's Unopposed Motion for Extension of Time to File Plaintiff's Motion for an Order Reversing the Commissioner's Decision and Supporting Brief. Filing 14. Plaintiff seeks a 60-day extension, to February 2, 2026, to file his Motion owing to the press of other deadlines. Filing 14 at 1–2. Plaintiff asserts that additional time is needed to prepare Plaintiff's brief properly. Filing 14 at 1. Plaintiff also represents that opposing counsel has been consulted and does not oppose the requested extension. Filing 14 at 1. Accordingly,

IT IS ORDERED that on Plaintiff's Unopposed Motion for Extension of Time to File Plaintiff's Motion for an Order Reversing the Commissioner's Decision and Supporting Brief, Filing 14, is granted. Plaintiff shall have to and including February 2, 2026, to file a Motion for an Order Reversing the Commissioner's Decision and Supporting Brief.

Dated this 2nd day of December, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge