IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TRAE ANTHONY LORIA,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | **4:25CV3186**<br><br>**ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME** |

This case is before the Court on Defendant's Unopposed Motion for Extension of Time. Filing 17. Defendant seeks a 30-day extension, to April 3, 2026, to file his Motion to Affirm owing to workload demands preventing SSA agency counsel from providing necessary support under the current responsive deadline. Filing 17 at 1. Defendant also represents that he has consulted with opposing counsel who has no objection to the request. Filing 17 at 1. The Court concludes that good cause exists for the requested extension. Accordingly,

IT IS ORDERED that Defendant's Unopposed Motion for Extension of Time, Filing 17, is granted. Defendant shall have to and including April 3, 2026, to file his Motion to Affirm.

Dated this 27th day of February, 2026.

BY THE COURT:

_____

Brian C. Buescher
United States District Judge

1