IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TRAE ANTHONY LORIA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                    Defendant. | **4:25CV3186**<br><br>**ORDER ON DEFENDANT'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME** |

This case is before the Court on Defendant's Second Unopposed Motion for Extension of Time. Filing 19. Defendant seeks another 30-day extension, to May 4, 2026, to file his Motion to Affirm because Defendant needs additional time to review and respond to the issues set forth in Plaintiff's Brief. Filing 19 at 1. Defendant also represents that he has consulted with opposing counsel who has no objection to the request. Filing 19 at 1. The Court concludes that good cause exists for the requested second extension. Accordingly,

IT IS ORDERED that Defendant's Second Unopposed Motion for Extension of Time, Filing 19, is granted. Defendant shall have to and including May 4, 2026, to file his Motion to Affirm.

Dated this 1st day of April, 2026.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1